RECEIVED

APR 1 1 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **HERMAN REED** | * | **CIVIL NO. 06-0544** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **BIOMET ORTHOPEDICS, INC.** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the Motion to Dismiss filed by third party defendant, Stuckenbrock Medizintechnik GMBH ("Stuckenbrock"), is **DENIED**.

Thus done and signed this _11_ day of _April_, 2008 at Lafayette, Louisiana.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE